# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Nicole Renee Tibbles**

      Plaintiff

vs.                              **CASE NUMBER: 5:20-cv-1015 (DEP)**

**Commissioner of Social Security**

      Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that defendants motion for judgment on the pleadings(Dkt. No. 15) is GRANTED, plaintiffs motion for judgment on the pleadings(Dkt. No. 11) is DENIED, the Commissioners decision is AFFIRMED, and plaintiffs complaint is DISMISSED.

All of the above pursuant to the order of the Honorable David E. Peebles, dated the 23rd day of March, 2022.

DATED: March 23, 2022

                              *[signature]*
                              Clerk of Court

                              s/Kathy Rogers
                              Deputy Clerk